Cardenas v 74-78 Post Ave. Hgts. Assoc. LLC (2022 NY Slip Op
51286(U))

[*1]

Cardenas v 74-78 Post Ave. Hgts. Assoc. LLC

2022 NY Slip Op 51286(U) [77 Misc 3d 136(A)]

Decided on December 20, 2022

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 20, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., Hagler, Tisch, JJ.

570331/22

Agueda Cardenas,
Petitioner-Respondent, 
against
74-78 Post Avenue Heights Associates LLC, Santos Santana
and George Huang, Respondents-Appellants,
and NYC Department of Housing
Preservation and Development and NYC Department of Buildings,
Co-Respondents.

Respondents 74-78 Post Avenue Heights Associates LLC, Santos Santana and
George Huang appeal from an order of the Civil Court of the City of New York, New
York County (Jean T. Schneider, J.), entered June 14, 2022, which denied their motion to
dismiss petitioner's amended petition in a Housing Part (HP) proceeding.

Per Curiam.
Order (Jean T. Schneider, J.), entered June 14, 2022, affirmed, without costs.
Although the portion of respondents-landlords' motion seeking dismissal did not
identify the particular subdivision of CPLR 3211(a) relied upon, we treat it as one
directed to the sufficiency of the pleadings (see CPLR 3211[a][7]). As such, the
motion was properly denied.
Taking the allegations as true and giving petitioner-tenant the benefit of every
favorable inference (see Leon v Martinez, 84 NY2d 83, 87-88 [1994]), the
amended petition in this HP proceeding states a cause of action for relief (see
CCA 110[a]), and is essentially unchallenged. 

The gist of landlords' arguments on appeal is that Civil Court is not authorized to
order it to pay relocation costs directly to tenant in an HP proceeding. That item of
damages, however, is not sought in the petition. While the petition makes general
reference to relocation costs and Administrative Code of the City of New York §
26-305 [HPD entitled to reimbursement of [*2]relocation
expenses from building owner]), it does not include any demand for reimbursement of
relocation costs to tenant directly from landlord. Thus the issue is not properly before us
on this appeal.
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: December 20, 2022